UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FINITO SERVICES LLC dba SUNSPOT INNS, RESORTS & VACATION RENTALS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLEE & ASSOCIATES, LTD. DBA GARDEN ISLAND RENTALS,<br>JON SCHUTZ, and CINDY SCHUTZ, individually,<br><br>　　　　　Defendants. | Civil Action No. 11-CV-776<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a July 19, 2011 agreement, Plaintiff Finito Services LLC dba Sunspot Inns, Resorts & Vacation Rentals hereby provides notice of dismissal of its claims against and Defendants Charlee & Associates, Ltd dba Garden Island Rentals, Jon Schutz and Cindy Schutz with prejudice, each side to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 20th day of July 2011.

　　　　　　　　　　　　　　　　　　s/ David A. Lowe, WSBA No. 24,453
　　　　　　　　　　　　　　　　　　 Email: lowe@bglip.com
　　　　　　　　　　　　　　　　　　BLACK LOWE & GRAHAM[PLLC]
　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 4800
　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　T: 206.381.3300
　　　　　　　　　　　　　　　　　　F: 206.381.3301

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Civil Action 11-cv-776
SPTS-6-1005P03VDMS

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301